RONIKA LLOYD                                    NO. 24-C-454

VERSUS                                          FIFTH CIRCUIT

GREGORY WILFRED                                 COURT OF APPEAL

                                                STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Wiseman*

Linda Wiseman
First Deputy, Clerk of Court

October 01, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** RONIKA LLOYD

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE DANYELLE M. TAYLOR, DIVISION "O", NUMBER 820-002

Panel composed of Judges Marc E. Johnson,
Scott U. Schlegel, and Timothy S. Marcel

## WRIT GRANTED FOR A LIMITED PURPOSE

Relator, Ronika Lloyd, seeks review of the 24th Judicial District Court's September 26, 2024 ruling finding her in contempt of court and sentencing her to five days incarceration at Jefferson Parish Correction Center ("JPCC"). Relator also requested a stay of the execution of her sentence, which this Court previously granted until October 4, 2024.

All contempt judgments are deemed final judgments, subject to immediate appeal. *Healthlogic Partners, L.L.C. v. Owen*, 22-47 (La. App. 5 Cir. 11/2/22), 362 So.3d 824, 842, *reh'g denied* (Nov. 28, 2022), *writ denied,* 22-1885 (La. 2/24/23), 356 So.3d 334; *see also* La. C.C.P. art. 1915(6). "On appellate review of criminal contempt, the reviewing court must determine that the evidence, viewed in the light most favorable to the prosecution, was sufficient for a rational trier of fact to conclude that every element of the contempt charge was proved beyond a reasonable doubt." *Billiot v. Billiot*, 01-1298 (La. 1/25/02), 805 So.2d 1170, 1174.

Considering the foregoing, we decline to exercise supervisory jurisdiction over a ruling that will be a final, appealable judgment upon entry of the written order required by La. C.C.P. art. 225(B). However, we grant the writ for the limited purpose of 1) instructing the trial court to render an order pursuant to La. C.C.P. art. 225(B), if it has not already done so; and 2) extending the stay of the

24-C-454

execution of Relator's sentence previously granted in our September 27, 2024 order until Relator files a suspensive appeal or the delays to file such an appeal expire.

Gretna, Louisiana, this 1st day of October, 2024.

**MEJ**
**SUS**
**TSM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **10/01/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-C-454**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Danyelle M. Taylor (DISTRICT JUDGE)
Danielle Phillips (Relator)

### MAILED

Theon A. Wilson (Respondent)
Attorney at Law
1100 Poydras Street
Suite 1160
New Orleans, LA 70163

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

To  Theon A. Wilson
    Attorney at Law
    1100 Poydras Street
    Suite 1160
    New Orleans, LA 70163
    24-C-454                    10-01-24

7016 2070 0000 0954 8377

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: *COMPLETE THIS SECTION***

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Theon A. Wilson
Attorney at Law
1100 Poydras Street
Suite 1160
New Orleans, LA 70163
24-C-454                    10-01-24

9590 9402 2434 6249 3574 43

2. Article Number *(Transfer from service label)*

7016 2070 0000 0954 8377

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt